# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN District of Florida

Case Number: 0:23-CV-62406-AMC

Plaintiff:
**JASON CREWS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED**

vs.

Defendant:
**SYNERGY MARKETING ASSOCIATES, INC.**

For:
AVI R. KAUFMAN
KAUFMAN P.A.
400 NW 26TH STREET
MIAMI, FL 33127

Received by CAPLAN AND CAPLAN PROCESS SERVICE on the 28th day of December, 2023 at 1:28 pm to be served on **SYNERGY MARKETING ASSOCIATES INC. C/O COGENCY GLOBAL INC., 115 NORTH CALHOUN STREET, SUITE 4, TALLAHASSEE, FL 32301**.

I, ERIC L. LARSON, do hereby affirm that on the **28th day of December, 2023** at **2:10 pm, I:**

served a Limited Liability Company by delivering a CERTIFIED copy of  SUMMONS IN A CIVIL ACTION, COMPLAINT – CLASS ACTION JURY TRIAL DEMANDED AND LETTER   with date, hour and initials of process server endorsed thereon by me, to:  COGENCY GLOBAL INC.   as  REGISTERED AGENT  for  SYNERGY MARKETING ASSOCIATES INC.,  at the address of:  115 NORTH CALHOUN STREET, SUITE 4, TALLAHASSEE, FL 32301  , and informed said person of the contents therein, and informed said person of the contents therein, in compliance pursuant to Fed.R.Civ.P. 4(h)(1)(b)

**Additional Information pertaining to this Service:**
XAVIAN BROWN, SUPERVISOR FOR RA, BM 54 YRS 6'2 230 LBS BLACK HAIR GLASSES

Under penalty of perjury,  I declare that I have read the forgoing Verified return of Service and the facts stated in it are true, that I  that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. I also certify that the above stated facts are correct to the best of my knowledge..  Pursuant to F.S. 92.525(2), Notary not required.

**ERIC L. LARSON**
CPS #063, 2ND JUDICIAL CIRCUIT

**CAPLAN AND CAPLAN PROCESS SERVICE**
**14160 Palmetto Frontage Road**
**Ste 105**
**Miami LAKES, FL 33161**
**(305) 374-3426**

Our Job Serial Number: CPN-2023048306
Ref: 48306

| | |
|---|---|
| DELIVERED | 12/28/2023 2:10 pm |
| SERVER | ELL |
| LICENSE | CPS #063, 2ND JUDICIAL CIRCUIT |

12/28/23 8/10

Eric Larson
CPS #063
2nd Judicial Circuit

XV



48396