UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 23-62406-CIV-CANNON

JASON CREWS, individually and on
behalf of all others similarly situated,

      Plaintiff,
v.

SYNERGY MARKETING ASSOCIATES, INC.,

      Defendant.
_____/

## ORDER CLOSING CASE

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Voluntary Dismissal [ECF No. 5], filed on January 19, 2024. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Notice of Voluntary Dismissal, filed by Plaintiff prior to any Defendant serving an answer or motion for summary judgment, dismisses the case. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Accordingly, this case is **DISMISSED WITHOUT PREJUDICE** against Defendant, effective January 19, 2024, the date on which Plaintiff filed the Notice of Voluntary Dismissal [ECF No. 5].

The Clerk of Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 25th day of January 2024.

                                                  **AILEEN M. CANNON**
                                                  **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record